# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JAMES WYSE T/D/B/A WYSE BUILDERS, | : | No. 251 WAL 2015 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| STEPHEN J. LEONE, | : | |
| | : | |
| Petitioner | : | |
| -------------------------------------------------- | : | |
| STEPHEN J. LEONE, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES WYSE T/D/B/A WYSE BUILDERS, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.